**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian L. Hutchison** | : | Case No. 12−24501−GLT |
| **Donna L. Hutchison** | : | Chapter: 13 |
| **aka Donna L. Moon** | : | |
| *Debtor(s)* | : | |
| | : | |
| Wilmington Savings Fund Society, FSB | : | Related to Claim No. 5 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Brian L. Hutchison, | : | |
| Donna L. Hutchison and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |

## ORDER

      **AND NOW**, this **8th day of June, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB* at Claim No. 5 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 12-24501-GLT
Brian L. Hutchison                                                            Chapter 13
Donna L. Hutchison
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 1                    Date Rcvd: Jun 08, 2017
                              Form ID: 237        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db/jdb        +Brian L. Hutchison,    Donna L. Hutchison,    118 Seville Avenue,    Pittsburgh, PA 15214-1030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
        David Z. Valencik    on behalf of Debtor Brian L. Hutchison dvalencik@c-vlaw.com,
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
        David Z. Valencik    on behalf of Joint Debtor Donna L. Hutchison dvalencik@c-vlaw.com,
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
        Donald R. Calaiaro    on behalf of Debtor Brian L. Hutchison dcalaiaro@c-vlaw.com,
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
        Donald R. Calaiaro    on behalf of Joint Debtor Donna L. Hutchison dcalaiaro@c-vlaw.com,
         cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
         bkgroup@kmllawgroup.com
        Kevin P. Diskin    on behalf of Creditor    HSBC Bank, National Association, as Trustee by its
         attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,   mbilotta@duanemorris.com
        Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
         ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
        Mario J. Hanyon    on behalf of Creditor    Hsbc Bank USA, National Association As Trustee For et
         al. pawb@fedphe.com
        Mark B. Peduto    on behalf of Joint Debtor Donna L. Hutchison pandaecfinbox@yahoo.com
        Mark B. Peduto    on behalf of Debtor Brian L. Hutchison pandaecfinbox@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                        TOTAL: 14