**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/14/2017

IN RE:

BRIAN L. HUTCHISON
DONNA L. HUTCHISON
118 SEVILLE AVENUE
PITTSBURGH, PA 15214
XXX-XX-4780          Debtor(s)

XXX-XX-1621

Case No.12-24501 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/14/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 8001117501003 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** <br> C/O SELECT PORTFOLIO SVCNG INC\* <br> PO BOX 65450 <br> SALT LAKE CITY, UT  84165 | Trustee Claim Number:2   INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM:  0.00 <br> COMMENT:  172.16/PL\*188.08x(60+2)=LMT\*HHRC\*2ND/SCH\*BGN 9/12\*FR HSBC-DOC 82 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  4662 |
| **OCWEN LOAN SERVICING LLC(\*)** <br> ATTN CASHIERING DEPT <br> 1661 WORTHINGTON RD STE 100 <br> WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:3   INT %:  0.00% <br> Court Claim Number:NC <br> CLAIM:  0.00 <br> COMMENT:  PMT/PL\*782.27x(60+2)=LMT\*DKT! | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.:  2655 |
| **NORTH HILLS SD (ROSS) (EIT)** <br> C/O KEYSTONE CLLCTNS GRP - DLNQ YRS <br> 546 WENDEL RD <br> IRWIN, PA  15642 | Trustee Claim Number:4   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  739.84 <br> COMMENT:  $@0%/PL\*@ CUR YR CLTR/SCH\*DKT | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  ...4780/...1621:05-07 |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br> WARREN, MI  48090 | Trustee Claim Number:5   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 545800015205 |
| **BABCOCK DENTAL CENTER** <br> 3275 BABCOCK BLVD <br> PITTSBURGH, PA  15237-2828 | Trustee Claim Number:6   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ? |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:7   INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  640.16 <br> COMMENT:  NO NUM/SCH\*RJM ACQ~FINGERHUT | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7099 |
| **LVNV FUNDING LLC** <br> POB 10584 <br> GREENVILLE, SC  29603-0584 | Trustee Claim Number:8   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~SEARS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ? |
| **PRA AG FUNDING LLC** <br> C/O PORTFOLIO RECOVERY ASSOC <br> 120 CORPORATE BLVD STE 100 <br> NORFOLK, VA  23502 | Trustee Claim Number:9   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ? |
| **TOWNSHIP OF ROSS - SEWAGE** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:10  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **VERIZON(*)++**<br>404 BROCK DR<br><br>BLOOMINGTON, IL 61701 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PALISADES ACQUISITION XVI LLC**<br>C/O VATIV RECOVERY SOLUTIONS LLC*<br>PO BOX 40728<br><br>HOUSTON, TX 77240-0728 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 318.48<br>COMMENT: NT/SCH*FCNB-NEWPORT NEWS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8217 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 987.24<br>COMMENT: 2500/PL*2ND/SCH*HHRC*THRU 8/12*FR HSBC-DOC 82 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4662 |
| **OCWEN LOAN SERVICING LLC(*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br><br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 12,500.00<br>COMMENT: $/PL*DKT! | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2655 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,112.80<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8717 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,215.42<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0774 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 505.51<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1483 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 16358<br><br>ST PAUL, MN 55116 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |