**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/25/17 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BRIAN L. HUTCHISON<br>  DONNA L. HUTCHISON<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>         vs.<br>  BRIAN L. HUTCHISON<br>  DONNA L. HUTCHISON<br><br>           Respondents | Case No.12-24501GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 98 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this    25th      day of      October,     2017,    it is hereby ORDERED, ADJUDGED, and DECREED that,

Bruegger'S Bakery Company
Payroll Manager
12201 Merit Dr Ste 900
Dallas,TX 00000

is hereby ordered to immediately terminate the attachment of the wages of DONNA L. HUTCHISON, social security number XXX-XX-1621.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DONNA L. HUTCHISON.

BY THE COURT:

_____
**cgt**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brian L. Hutchison
Donna L. Hutchison
    Debtors

Case No. 12-24501-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Oct 25, 2017
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db/jdb         +Brian L. Hutchison,   Donna L. Hutchison,   118 Seville Avenue,   Pittsburgh, PA 15214-1030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
           David Z. Valencik    on behalf of Debtor Brian L. Hutchison dvalencik@c-vlaw.com,
            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
           David Z. Valencik    on behalf of Joint Debtor Donna L. Hutchison dvalencik@c-vlaw.com,
            cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
           Donald R. Calaiaro    on behalf of Debtor Brian L. Hutchison dcalaiaro@c-vlaw.com,
            cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
           Donald R. Calaiaro    on behalf of Joint Debtor Donna L. Hutchison dcalaiaro@c-vlaw.com,
            cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
           James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
            Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
            bkgroup@kmllawgroup.com
           Joseph A. Dessoye    on behalf of Creditor   Hsbc Bank USA, National Association As Trustee For et
            al. pawb@fedphe.com
           Kevin P. Diskin    on behalf of Creditor   HSBC Bank, National Association, as Trustee by its
            attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,  mbilotta@duanemorris.com
           Leslie J. Rase, Esq.    on behalf of Creditor   Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
            ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
           Mario J. Hanyon    on behalf of Creditor   Hsbc Bank USA, National Association As Trustee For et
            al. pawb@fedphe.com
           Mark B. Peduto    on behalf of Joint Debtor Donna L. Hutchison pandaecfinbox@yahoo.com
           Mark B. Peduto    on behalf of Debtor Brian L. Hutchison pandaecfinbox@yahoo.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 15