Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian L. Hutchison** | : | Case No. 12–24501–GLT |
| **Donna L. Hutchison** | : | Chapter: 13 |
| **aka Donna L. Moon** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 107 |
| | : | |
| v. | : | Hearing Date: 2/14/18 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this ***27th day of November, 2017***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 107 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  ***On or before January 11, 2018***, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***February 14, 2018 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 12-24501-GLT
Brian L. Hutchison                                                   Chapter 13
Donna L. Hutchison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel             Page 1 of 2            Date Rcvd: Nov 27, 2017
                             Form ID: 604           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db/jdb       +Brian L. Hutchison,    Donna L. Hutchison,    118 Seville Avenue,    Pittsburgh, PA 15214-1030
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr           +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +HSBC Bank, National Association, as Trustee by its,    Stern &Eisenberg, PC,    410 The Pavilion,
               261 Old York Road,    Jenkintown, PA 19046-3706
13555436     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
13463448     +Babcock Dental,    3372 Babcock Boulevard,    Pittsburgh, PA 15237-2422
13500116      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13463449     +Comcast Cable,    300 Corliss Street,    Pittsburgh, PA 15220-4864
13463451    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    P. O Box 9001069,    Louisville, KY 40269)
13463453     +Equitable Gas Company,    200 Allegheny Center Mall,    Attention: Judy Gawlowski,
               Pittsburgh, PA 15212-5339
13463454     +HSBC Mortgage Services,    P. O. Box 9068,    Brandon, FL 33509-9068
13508836     +HSBC Mortgage Services Inc,    PO Box 21188,    Eagan, MN 55121-0188
13463456     +Jordan Tax Service,    7100 Baptist Road,    Bethel Park, PA 15102-3908
13463457     +Mark J. Udren, Esquire,    Udren Law Offices,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13482152     +North Hills School District,    135 Sixth Avenue,    Pittsburgh, PA 15229-1299
13482153     +Ocwen Loan Servicing LLC,    P. O. Box 6440,    Carol Stream, IL 60197-6440
13482154     +Peter Ashcroft, Esquire,    Bernstein law firm,    2200 Gulf Tower,    707 Grant Street,
               Pittsburgh, PA 15219-1900
13482156     +Saxon Mortgage,    4708 Mercantile Drive,    Fort Worth, TX 76137-3605
13463459     +Sears,   c/o Paul Ressler, Esquire,    21 Yost Boulevard, #301,    Pittsburgh, PA 15221-5283
13482157      Township of Ross,    c/o Brian t. Lindauer, Esq.,    437 Grant Street,    1424 Frick Building,
               Pittsburgh, PA 15219
13463460      Verizon,    P. O. Box 646,    Baltimore, MD 21265-0646
13463462     +WPAH-West Penn Hospital,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13463461     +Wells Fargo Bank, as Trustee,    4708 Mercantile Drive,    Fort Worth, TX 76137-3605
14417008     +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +Fax: 407-737-5634 Nov 28 2017 01:39:36      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               Suite 100,    West Palm Beach, FL 33409-6493
cr            E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2017 01:00:31      US Department of Education,
               C/O Nelnet,    3015 South Parker Road,    Aurora, CO  80014-2904
13482145     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 28 2017 01:00:19      Asset Acceptance LLC.,
               P. O. Box 2036,    Warren, MI 48090-2036
13463450     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 28 2017 01:00:19
               Direct Merchants Bank c/o Asset Accept.,    P. O. Box 2036,    Warren, MI 48090-2036
13463452     +E-mail/Text: kburkley@bernsteinlaw.com Nov 28 2017 01:01:06      Duquesne Light Company,
               Attn: Mark Watson, Credit Activities,    411 Seventh Avenue (6-2),    Pittsburgh, PA 15219-1942
13482149      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2017 01:00:39      Jefferson Capital Systems LLC,
               P. O. Box 7999,    Saint Cloud, MN 56302
13482150     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2017 00:58:13
               LVNV Funding LLC (Sears),    P. O. Box 10497,    Greenville, SC 29603-0497
13463458     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2017 01:00:21      Newport News,
               c/o Midland Credit,    8875 Aero Drive,    San Diego, CA 92123-2251
13482155      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:03:57
               Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
13482340      E-mail/Text: ebn@vativrecovery.com Nov 28 2017 00:59:57      Palisades Acquisition XVI, LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI,,
               PO Box 40728,    Houston TX 77240-0728
14053494      E-mail/Text: electronicbkydocs@nelnet.net Nov 28 2017 01:00:31      US Department of Education,
               C/O Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            Hsbc Bank USA, National Association As Trustee For
cr            Wilmington Savings Fund Society, FSB, d/b/a Christ
13482146*    +Babcock Dental,    3372 Babcock Boulevard,    Pittsburgh, PA 15237-2422
13482147*    +Duquesne Light Company,    Attn: Mark Watson, Credit Activities,    411 Seventh Avenue (6-2),
               Pittsburgh, PA 15219-1942
13482148*    +HSBC Mortgage Services,    P. O. Box 9068,    Brandon, FL 33509-9068
13505776*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13482151*    +Mark J. Udren, Esquire,    Udren Law Offices,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13482158*     Verizon,    P. O. Box 646,    Baltimore, MD 21265-0646
```

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Nov 27, 2017
                              Form ID: 604            Total Noticed: 35

cr           ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13463455     ##+James Wallace, Esquire,   Griffith, McCague & Wallace,   38TH Floor, Gulf Tower,
               707 Grant Street,   Pittsburgh, PA 15219-1926
                                                                                TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:

```
          David Z. Valencik    on behalf of Debtor Brian L. Hutchison dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          David Z. Valencik    on behalf of Joint Debtor Donna L. Hutchison dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Brian L. Hutchison dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Donna L. Hutchison dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
           bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    HSBC Bank, National Association, as Trustee by its
           attorney in fact Ocwen Loan Servicing, LLC pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    Hsbc Bank USA, National Association As Trustee For et
           al. pawb@fedphe.com
          Kevin P. Diskin    on behalf of Creditor    HSBC Bank, National Association, as Trustee by its
           attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,   mbilotta@duanemorris.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Mario J. Hanyon    on behalf of Creditor    Hsbc Bank USA, National Association As Trustee For et
           al. pawb@fedphe.com
          Mark B. Peduto    on behalf of Debtor Brian L. Hutchison pandaecfinbox@yahoo.com
          Mark B. Peduto    on behalf of Joint Debtor Donna L. Hutchison pandaecfinbox@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 16
```