IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 12-24501-GLT |
| Brian L. Hutchinson and Donna L. Hutchinson | : |
| Debtors, | : |
| | : Chapter 13 |
| Brian L. Hutchinson and Donna L. Hutchinson, | : |
| Movants, | : Document No. |
| v. | : |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
| Respondent. | : |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtor has made all payments required by the Chapter 13 Plan.

2.  Include whichever one of the two following statements applies:
    The Debtor is not required to pay any Domestic Support Obligations.

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.  On August 15, 2017, at docket number 95, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: January 8, 2018        By:    /s/ David Z. Valencik
                                     Signature
                                     David Z. Valencik
                                     Name of Filer - Typed
                                     428 Forbes Ave, Ste 900, Pittsburgh, PA 15219
                                     Address of Filer
                                     dvalencik@c-vlaw.com
                                     Email Address of Filer
                                     412 232 0930
                                     Phone Number of Filer
                                     308361 PA
                                     Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**