## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 12-24501 GLT |
| Brian L. Hutchison and | : Chapter 13 |
| Donna L. Hutchison, | : Related Document No. 108 |
|     Debtors, | : Hearing Date: 02/14/18 @ 11:00 a.m. |
| Brian L. Hutchison and | : Response Due: 01/11/18 |
| Donna L. Hutchison,, | : Document No. |
| Movants, | : |
|     v. | : |
| No Respondent | : |

### RESPONSE TO THE ORDER DATED NOVEMBER 27, 2017

**AND NOW,** come the Debtors, by and through their attorneys, CALAIARO VALENCIK and David Z. Valencik, and presents the following:

1. This case was filed on September 6, 2012, under Chapter 13 of the United States Bankruptcy Code.

2. This case was originally filed by Mark Peduto. Calaiaro Valencik subsequently became Counsel for the Debtor.

3. The Debtors filed their Financial Management Course Certificate on August 15, 2017.

4. Counsel for the Debtors contacted the Debtors on January 8, 2018, to discuss the Certificate eligibility.

5. The Debtors filed the Certificate of Discharge eligibility on January 8, 2018.

                                                          **Respectfully submitted,**

**Dated:** January 8, 2018                   **BY:** /s/ Donald R. Calaiaro_____
                                                          **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                          dcalaiaro@c-vlaw.com
                                                          **BY:** /s/ David Z. Valencik_____
                                                          **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                          dvalencik@c-vlaw.com
                                                          **CALAIARO VALENCIK**
                                                          **428 Forbes Avenue, Suite 900**
                                                          **Pittsburgh, PA  15219-1621**
                                                          **(412) 232-0930**