**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRIAN L. HUTCHISON
DONNA L. HUTCHISON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-24501 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/06/2012 and confirmed on 04/11/2013. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,962.11 |
| Less Refunds to Debtor | 2,923.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,038.12 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,176.00 | |
|   Trustee Fee | 3,043.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,219.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>  Acct: 4662 | 0.00 | 11,821.56 | 0.00 | 11,821.56 |
| OCWEN LOAN SERVICING LLC(*)<br>  Acct: 2655 | 0.00 | 48,763.48 | 0.00 | 48,763.48 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>  Acct: 4662 | 987.24 | 987.24 | 0.00 | 987.24 |
| OCWEN LOAN SERVICING LLC(*)<br>  Acct: 2655 | 12,500.00 | 12,500.00 | 0.00 | 12,500.00 |
| | | | | 74,072.28 |
| **Priority** | | | | |
| DONALD R CALAIARO ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN L. HUTCHISON<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN L. HUTCHISON<br>  Acct: | 2,185.53 | 2,185.53 | 0.00 | 0.00 |
| BRIAN L. HUTCHISON<br>  Acct: | 738.46 | 738.46 | 0.00 | 0.00 |

| 12-24501 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PEDUTO & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK B PEDUTO ESQ | 3,176.00 | 3,176.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH HILLS SD (ROSS) (EIT) | 739.84 | 739.84 | 0.00 | 739.84 |
| Acct: XXXXXXXXXXXXXXXX5-07 | | | | |
| | | | | 739.84 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1003 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX5205 | | | | |
| BABCOCK DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 640.16 | 0.77 | 0.00 | 0.77 |
| Acct: 7099 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TOWNSHIP OF ROSS - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PALISADES ACQUISITION XVI LLC | 318.48 | 0.38 | 0.00 | 0.38 |
| Acct: 8217 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,112.80 | 2.53 | 0.00 | 2.53 |
| Acct: 8717 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,215.42 | 2.65 | 0.00 | 2.65 |
| Acct: 0774 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 505.51 | 0.61 | 0.00 | 0.61 |
| Acct: 1483 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH A. DESSOYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6.94 |

TOTAL PAID TO CREDITORS                                                                                                74,819.06

TOTAL CLAIMED
PRIORITY            739.84
SECURED          13,487.24
UNSECURED         5.792.37

Date: 01/24/2018                                /s/ Ronda J. Winnecour

                                                RONDA J WINNECOUR PA
                                                ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com