FILED
2/5/18 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN L. HUTCHISON
    DONNA L. HUTCHISON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:12-24501

Chapter 13

Related to Docket No. 107

ORDER OF COURT

AND NOW, this __5th Day of February, 2018 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE   dfb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-24501-GLT
Brian L. Hutchison                                                        Chapter 13
Donna L. Hutchison
      Debtors

### CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil               Page 1 of 2        Date Rcvd: Feb 05, 2018
                            Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db/jdb          +Brian L. Hutchison,   Donna L. Hutchison,   118 Seville Avenue,   Pittsburgh, PA 15214-1030
cr               Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr              +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              +HSBC Bank, Natioal Association, as Trustee by its,   Stern &Eisenberg, PC,   410 The Pavilion,
                 261 Old York Road,   Jenkintown, PA 19046-3706
13555436        +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13463448        +Babcock Dental,   3372 Babcock Boulevard,   Pittsburgh, PA 15237-2422
13500116         Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13463449        +Comcast Cable,   300 Corliss Street,   Pittsburgh, PA 15220-4864
13463451        ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV,   P. O. Box 9001069,   Louisville, KY 40269)
13463453        +Equitable Gas Company,   200 Allegheny Center Mall,   Attention: Judy Gawlowski,
                 Pittsburgh, PA 15212-5339
13463454        +HSBC Mortgage Services,   P. O. Box 9068,   Brandon, FL 33509-9068
13508836        +HSBC Mortgage Services Inc,   PO Box 21188,   Eagan, MN 55121-0188
13463456        +Jordan Tax Service,   7100 Baptist Road,   Bethel Park, PA 15102-3908
13463457        +Mark J. Udren, Esquire,   Udren Law Offices,   Woodcrest Corporate Center,
                 111 Woodcrest Road, Suite 200,   Cherry Hill, NJ 08003-3620
13482152        +North Hills School District,   135 Sixth Avenue,   Pittsburgh, PA 15229-1299
13482153        +Ocwen Loan Servicing LLC,   P. O. Box 6440,   Carol Stream, IL 60197-6440
13482154        +Peter Ashcroft, Esquire,   Bernstein law firm,   2200 Gulf Tower,   707 Grant Street,
                 Pittsburgh, PA 15219-1900
13482156        +Saxon Mortgage,   4708 Mercantile Drive,   Fort Worth, TX 76137-3605
13463459        +Sears,   c/o Paul Ressler, Esquire,   21 Yost Boulevard, #301,   Pittsburgh, PA 15221-5283
13482157         Township of Ross,   c/o Brian t. Lindauer, Esq.,   437 Grant Street,   1424 Frick Building,
                 Pittsburgh, PA 15219
13463460         Verizon,   P. O. Box 646,   Baltimore, MD 21265-0646
13463462        +WPAH-West Penn Hospital,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13463461        +Wells Fargo Bank, as Trustee,   4708 Mercantile Drive,   Fort Worth, TX 76137-3605
14417008        +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +Fax: 407-737-5634 Feb 06 2018 03:04:10     Ocwen Loan Servicing, LLC,   1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
cr               E-mail/Text: electronicbkydocs@nelnet.net Feb 06 2018 02:02:05     US Department of Education,
                 C/O Nelnet,   3015 South Parker Road,   Aurora, CO  80014-2904
13482145        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 06 2018 02:01:59     Asset Acceptance LLC.,
                 P. O. Box 2036,   Warren, MI 48090-2036
13463450        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 06 2018 02:01:59
                 Direct Merchants Bank c/o Asset Accept.,   P. O. Box 2036,   Warren, MI 48090-2036
13463452        +E-mail/Text: kburkley@bernsteinlaw.com Feb 06 2018 02:02:28     Duquesne Light  Company,
                 Attn: Mark Watson, Credit Activities,   411 Seventh Avenue (6-2),   Pittsburgh, PA 15219-1942
13482149         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2018 02:02:11     Jefferson Capital Systems LLC,
                 P. O. Box 7999,   Saint Cloud, MN 56302
13463455        +E-mail/Text: kburkley@bernsteinlaw.com Feb 06 2018 02:02:28     James Wallace, Esquire,
                 Griffith, McCague & Wallace,   38TH Floor, Gulf Tower,   707 Grant Street,
                 Pittsburgh, PA 15219-1926
13482150        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:05:22
                 LVNV Funding LLC (Sears),   P. O. Box 10497,   Greenville, SC 29603-0497
13463458        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:02:00     Newport News,
                 c/o Midland Credit,   8875 Aero Drive,   San Diego, CA 92123-2251
13482155         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:17:37
                 Portfolio Recovery Associates,   120 Corporate Boulevard, Suite 100,   Norfolk, VA 23502
13482340         E-mail/Text: ebn@vativrecovery.com Feb 06 2018 02:01:44     Palisades Acquisition XVI, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition XVI,,
                 PO Box 40728,   Houston TX  77240-0728
14053494         E-mail/Text: electronicbkydocs@nelnet.net Feb 06 2018 02:02:05     US Department of Education,
                 C/O Nelnet,   3015 South Parker Road Suite 400,   Aurora CO 80014-2904
                                                                                          TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE ET
cr               Hsbc Bank USA, National Association As Trustee For
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ

```
District/off: 0315-2          User: bsil              Page 2 of 2               Date Rcvd: Feb 05, 2018
                              Form ID: pdf900         Total Noticed: 36
13482146*      +Babcock Dental,    3372 Babcock Boulevard,    Pittsburgh, PA 15237-2422
13482147*      +Duquesne Light  Company,    Attn: Mark Watson, Credit Activities,    411 Seventh Avenue (6-2),
                 Pittsburgh, PA 15219-1942
13482148*      +HSBC Mortgage Services,    P. O. Box 9068,    Brandon, FL 33509-9068
13505776*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13482151*      +Mark J. Udren, Esquire,    Udren Law Offices,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13482158*       Verizon,    P. O. Box 646,    Baltimore, MD 21265-0646
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                      TOTALS: 3, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
```
              David Z. Valencik   on behalf of Debtor Brian L. Hutchison dvalencik@c-vlaw.com,
                cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com
              David Z. Valencik   on behalf of Joint Debtor Donna L. Hutchison dvalencik@c-vlaw.com,
                cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com
              Donald R. Calaiaro   on behalf of Debtor Brian L. Hutchison dcalaiaro@c-vlaw.com,
                cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com
              Donald R. Calaiaro   on behalf of Joint Debtor Donna L. Hutchison dcalaiaro@c-vlaw.com,
                cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
                vlaw.com
              James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
                Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
                bkgroup@kmllawgroup.com
              Jerome B. Blank   on behalf of Creditor   HSBC Bank, National Association, as Trustee by its
                attorney in fact Owcen Loan Servicing, LLC pawb@fedphe.com
              Joseph A. Dessoye   on behalf of Creditor   Hsbc Bank USA, National Association As Trustee For et
                al. pawb@fedphe.com
              Kevin P. Diskin   on behalf of Creditor   HSBC Bank, National Association, as Trustee by its
                attorney in fact Owcen Loan Servicing, LLC kpdiskin@duanemorris.com,  mbilotta@duanemorris.com
              Leslie J. Rase, Esq.   on behalf of Creditor   Owcen Loan Servicing, LLC lrase@sterneisenberg.com,
                ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Mario J. Hanyon   on behalf of Creditor   Hsbc Bank USA, National Association As Trustee For et
                al. pawb@fedphe.com
              Mario J. Hanyon   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
                pawb@fedphe.com
              Mark B. Peduto   on behalf of Debtor Brian L. Hutchison pandaecfinbox@yahoo.com
              Mark B. Peduto   on behalf of Joint Debtor Donna L. Hutchison pandaecfinbox@yahoo.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
                ckutch@ecf.courtdrive.com;acar@bernsteinlaw.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
                Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                  TOTAL: 17
```